UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-42927
Maria Krysciak )
)
) Chapter: 13
) Honorable A. Benjamin Goldgar
)
) Cook
Debtor(s) )

### ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY

THIS CAUSE coming to be heard on the motion of Wells Fargo Bank, N.A., a secured creditor herein, for relief from the automatic stay and co-debtor stay, the Court having jurisdiction over the subject matter and due notice having been given; and the secured creditor alleging that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:

(1) Pursuant to 11 U.S.C. Section 362(d), that Wells Fargo Bank, N.A. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) and Section 1301(c) by modifying said stay and co-debtor stay to permit them to pursue all non bankruptcy remedies as to the property commonly known as 5011 N. Nashville Avenue, Chicago, IL 60656.

(2) No further payments are to be disbursed to Wells Fargo Bank, N.A. on its secured claim.

(3) Rule 4001(a)(3) is waived and Wells Fargo Bank, N.A. may immediately enforce and implement this order granting relief from the automatic stay

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 21, 2017

**Prepared by:**

Jose G. Moreno  ARDC#6229900
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-13-20080)